# Court of Appeals
# of the State of Georgia

ATLANTA,  June 10, 2025

*The Court of Appeals hereby passes the following order:*

### A25A1917. FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST v. JONATHAN W. COOK.

Following foreclosure on his property, Jonathan W. Cook filed suit against FirstKey Master Funding 2021 - A Collateral Trust ("FirstKey"). The trial court entered default judgment against FirstKey, which filed a motion to set aside pursuant to OCGA § 9-11-60 (d). The trial court denied the motion, and FirstKey filed this direct appeal. We, however, lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, FirstKey's failure to follow the required appellate procedure deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/10/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*